14 So.2d 161

## STATE v. D. R. KNIGHT.

### 7 Div. 752.

Supreme Court of Alabama.

June 10, 1943.

Earle Montgomery, of Talladega, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of D. R. Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of State v. Knight, Ala. App., 14 So.2d 159.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.